No. 83–364. HARDIN ET AL. v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 83–369. UDOFOT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–370. DUFFELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–375. ZINMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–393. CASORIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–404. SIMMERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–5039. DAVIS v. WELDON ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–5147. GRAHAM v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 83–5221. PLAIN v. CITY OF BATON ROUGE. 19th Jud. Dist. Ct. La., East Baton Rouge Parish. Certiorari denied.

No. 83–5222. LAING v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5226. HOLGUIN v. RAINES, SUPERINTENDENT, ARIZONA STATE PRISON. C. A. 9th Cir. Certiorari denied.

No. 83–5229. MCKINON v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 83–5237. BACHNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5238. HARRIS v. HAYES ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–5240. FAISON v. THORNTON ET AL. C. A. 11th Cir. Certiorari denied.